IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE M J BELL, | No. C 07-3171 VRW |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| MICHAEL J ASTRUE, Commissioner of Social Security | |
| Defendant. | |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment filed August 8, 2008, judgment in this case shall be entered in favor of the defendant.

Dated: August 8, 2008               Richard W. Wieking, Clerk

                                   By: *Cora Klein*
                                   Deputy Clerk